FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 27 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
JAMES JACKSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:12CR00111-01 BSM

USM No. 22693-009

Willard Proctor
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s)  Gen., Standard, Special  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 General | Failure to not illegally possess a controlled substance | |
| 2 Standard (7) | Frailure to refrain from use of a controlled substance | 07/12/2016 |
| 3 Special (1) | Failure to participate in substance abuse treatment | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7402

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
North Little Rock, Arkansas

07/27/2016
Date of Imposition of Judgment

_____
Signature of Judge

BRIAN S. MILLER,    U. S.    DISTRICT JUDGE
Name and Title of Judge

7-27-16
Date

DEFENDANT: JAMES JACKSON
CASE NUMBER: 4:12CR00111-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:
NINE (9) MONTHS WITH NO SUPERVISED RELEASE TO FOLLOW

☑ The court makes the following recommendations to the Bureau of Prisons:

Jackson shall participate in non-residendial substance abuse treatment during incarceration.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

   ☑ at   02:00   ☐ a.m.   ☑ p.m.   on   08/03/2016   .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL